UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DUJUANA DUBOSE, )<br>)<br>Defendant. ) | Cause No. 2:17-CR-47-PPS-APR |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich [DE 1231] relating to defendant's revocation of supervised release and the parties' stipulation. [DE 1185.]  Following a hearing on the record on November 10, 2021 [DE 1230], Judge Rodovich advised the defendant of the allegations in the petition and range of penalties and his right to a hearing before me.  Judge Rodovich recommends that the Court accept the Agreed Disposition [DE 1185], that the defendant be sentenced to a term of 14 months, that defendant be given credit for 770 days served (over 25 months), that no period of supervised release be imposed, and the remaining allegations in the Petition be dismissed. Both parties have waived their objections to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Dujuana Dubose's revocation of supervised release, to which any objection has been waived, the Court hereby **ADOPTS** the findings and recommendation [DE 1231] in their entirety.

Defendant Dujuana Dubose is ORDERED to be promptly released from custody, time served.

SO ORDERED.

ENTERED on November 10, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT
